UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES HIBLAR,

                  Plaintiff,

    v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                  Defendant.

CASE NO. C15-5093-BJR

ORDER AFFIRMING COMMISSIONER

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler. It is therefore ORDERED:

(1)    The Court adopts the Report and Recommendation;

(2)    The Court AFFIRMS the decision of the Commissioner; and

(3)    The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 9th day of September , 2015.

_Barbara J. Rothstein_

BARBARA J. ROTHSTEIN
United States District Judge

ORDER AFFIRMING COMMISSIONER
PAGE - 1

# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES HIBLAR,

       Plaintiff,

           v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

       Defendant.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER:   C15-5093-BJR

---

\_\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**  **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

    By Order of the Court, the decision of the Commissioner is AFFIRMED.

Dated this _____ day of _____, 2015.

                          _____WILLIAM M. MCCOOL_____
                                   Clerk

                          _____
                              Deputy Clerk